

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**44 South Broadway**
**14th Floor**
**White Plains NY 10601**
Tel 914 872-8060
Fax 914 946-1216
**www.jacksonlewis.com**

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

January 21, 2020

**VIA ECF Letter**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Jay Winegard v. Newsday LLC
          Case No. 1:19-cv-04420-FB-RER

Dear Senior Judge Block:

        As you are aware, we represent the Defendant, Newsday LLC ("Newsday" and/or "Defendant"), in connection with the above-referenced matter.  We submit this letter jointly with Plaintiff's counsel, Mitchell Segal, Esq., in accordance with Your Honor's directive at the January 15, 2020 pre-motion conference to submit a proposed briefing schedule for Defendant's motion to dismiss Plaintiff's Complaint.  The parties propose the following schedule:

1. Defendant's motion to dismiss to be filed by February 28, 2020;
2. Plaintiff's Opposition filed by April 10, 2020;
3. Defendant's Reply filed by May 1, 2020.

        Thank you for your consideration.

                                        Respectfully submitted,


                                        JACKSON LEWIS P.C.

                                        */s/ Joseph J. DiPalma*
                                        Joseph J. DiPalma

cc:     All counsel (via ECF)