UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Jay WINEGARD, on behalf of himself and
all others similarly situated,

                Plaintiff,

      -against-

NEWSDAY LLC d/b/a NEWSDAY,

                Defendant.
------------------------------------------------------------ X

JUDGMENT
19-CV-04420(EK)(RER)

      A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on August 16, 2021, granting Defendant's motion to dismiss; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss is granted.

Dated: Brooklyn, NY
       August 17, 2021

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*
          Deputy Clerk